UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANN M. LITTLE | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:07-0241 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| KEYSTONE CONTINUUM, LLC, d/b/a, | ) | |
| MOUNTAIN YOUTH ACADEMY | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 36) filed by defendant is **GRANTED**. This case is **DISMISSED**.

It is so ordered.

Enter this 22nd day of July 2008.

_____
ALETA A. TRAUGER
United States District Judge